UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VINCENT S. CARTHANE,

    Plaintiff,

v.                              CASE NO. 3:23-cv-1237-HES-JBT

JAMES V. CROSBY, et al.,

    Defendants.
_____/

## O R D E R

This matter is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 12) which recommends this action be dismissed because Plaintiff did not perfect service of process and has failed to prosecute. No objections were filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 12) is **ADOPTED**;

2. This action be **DISMISSED without prejudice**; and

3. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20t day of May 2024.

/s/ Harvey E. Schlesinger
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Vincent S. Carthane, *Pro Se*

2